# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BRADLEY MCCOLLOM**
Reg #08693-028                                                                                    **PLAINTIFF**

V.                              CASE NO. 2:20-CV-203-BSM-BD

**DOES**                                                                                         **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge Brian S. Miller. Mr. McCollom may file objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. McCollom does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

Plaintiff Bradley McCollom, an inmate at the Forrest City Low Federal Correctional Institution, filed this lawsuit on October 19, 2020. (Doc. No. 1) Mr. McCollom was ordered to submit a completed *in forma pauperis* (IFP) application or pay the filing fee within 30 days of October 22, 2020. (Doc. No. 2) To date, he has failed to comply with the Court's October 22, 2020 Order, and the time for doing so has passed.

The Court specifically cautioned Mr. McCollom that his claims could be dismissed if he failed to address the filing fee requirement, as ordered.

### III.  Conclusion

The Court recommends that Mr. McCollom's claims be DISMISSED, without prejudice.

DATED this 30th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE