# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BRADLEY MCCOLLOM,**                                              **PLAINTIFF**
Reg #08693-028

v.                         **CASE NO. 2:20-CV-00203-BSM**

**DOES**                                                           **DEFENDANTS**

## ORDER

After carefully reviewing the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 3] is adopted. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2020.

                                                                  _/s/ Brian S. Miller_
                                                             UNITED STATES DISTRICT JUDGE