IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRADLEY MCCOLLOM,**                                                                                        **PLAINTIFF**
Reg #08693-028

v.                              CASE NO. 2:20-CV-00203-BSM

**DOES**                                                                                                    **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE